FILED
2021 Jun-30 AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| Miranda Murray, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Walker Recovery Center Inc., )<br>)<br>Defendant. )<br>) | 6:20-cv-01943-LSC |

## ORDER

The plaintiff's attorney notified the Court's staff that this matter has settled.

This case is therefore **DISMISSED WITH PREJUDICE**. Any party may, for good cause shown, move to reopen this case within thirty (30) days of this Order's entry.

**DONE** and **ORDERED** on June 30, 2021.

L. Scott Coogler
United States District Judge

203323